UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MICHAEL GIOIOSA, SR., <br><br> Plaintiff <br><br> v. <br><br> JAMES DZURENDA, et al., <br><br> Defendants | Case No. 2:20-cv-01805-GMN-VCF <br><br> ORDER |

The Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) and proposed amended complaint (ECF No. 6-1) without prejudice. This case has been closed since June 30, 2021. (ECF No. 5). If Plaintiff seeks to initiate a new lawsuit, he may file an application to proceed *in forma pauperis* and a complaint with the Clerk of the Court. Plaintiff may not file any more documents in this closed case.

DATED THIS  14  day of December 2022.

Gloria M. Navarro, Judge
United States District Court